**910**

*P. Findling* and *Dominick L. Manoli* for respondent. Briefs of *amici curiae* in support of the petition were filed by *Milton C. Denbo* and *Thomas E. Shroyer* for the American Retail Federation, and by *Lambert H. Miller* and *Fred B. Haught* for the National Association of Manufacturers of the United States of America.

No. 727. PRIEST *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Charles W. Tessmer* for petitioner.

No. 368, Misc. NELSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 548, Misc. RATCLIFF *v.* LARSON, JUDGE. Supreme Court of Iowa. Certiorari denied.

No. 564, Misc. BURNS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 582, Misc. WILHELM *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.